UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHAEL L. TAYLOR, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) No. 1:12-cv-00979-DML-WTL |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of the Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |

## Judgment

The court, having made its entry on September 27, 2013, it is ADJUDGED that the final decision of the Commissioner denying the application for Disability Insurance Benefits and Supplemental Security Income disability benefits for Michael L. Taylor based on his application filed on September 4, 2008, is AFFIRMED.

So ORDERED.

Date: 09/27/2013

*Debra McVicker Lynch*
Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

Laura A. Briggs, Clerk

BY: *Philip A. Gordon*

Deputy Clerk, U.S. District Court

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system